UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Juan Carlos Velasquez
                          Plaintiff,

v.                                             Case No.: 1:25−cv−13601
                                              Honorable Jeremy C. Daniel

Samuel Olson
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. The petitioner's petition for a writ of habeas corpus [9] is granted in part. The petitioner's detention without a bond hearing is unlawful because 8 U.S.C. w; 1225(b) does not apply to the petitioner and because due process requires a bond hearing. The government acknowledges that several courts, including this one, have found mandatory detention under Matter of Yajure Hurtado, 29 I.&N.; Dec. 216, 2025 WL 2674169 (BIA 2025) unlawful. The result is the same here. Therefore, the Court orders the government to provide the petitioner with a bond hearing on or before November 20, 2025. The parties shall submit a status report on or before November 24, 2025, that addresses the petitioner's release status, including when the petitioner received a bond hearing, the result of that bond hearing, and any findings made by the immigration judge. The Clerk shall amend the case caption by adding Kimberly Ball as a respondent because the petitioner is currently at the North Lake Processing Center in Baldwin, Michigan. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.